173 So. 617

## Curtis MATSON v. STATE.

### 7 Div. 444.

Supreme Court of Alabama.

April 8, 1937.

Merrill, Jones & Whiteside, of Anniston, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Curtis Matson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Matson v. State, 27 Ala. App. 396, 173 So. 612.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN and KNIGHT, JJ., concur.

173 So. 648

## Will LEDBETTER v. STATE.

### 4 Div. 953.

Supreme Court of Alabama.

April 8, 1937.

Clayton, Clayton & Clayton, of Clayton, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Will Ledbetter for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Ledbetter v. State, 27 Ala.App. 395, 173 So. 647.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.